# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**MARTHA CHAMBERS**                                              **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO.: 1:17cv00157-MPM-DAS**

**WAL-MART STORES EAST, LP**                                **DEFENDANT**

## RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to *Fed.R.Civ.P*. 41(a)(1), the Plaintiff, Martha Chambers, and Defendant, Wal-Mart Stores East, LP, hereby file this Joint Stipulation of Dismissal with Prejudice. The litigation has been resolved and the parties agree that this action can be dismissed with prejudice, and that each party is to bear their own attorneys' fees and costs. The parties request that the court retain jurisdiction for purposes of enforcing the terms of the settlement agreement, if needed.

Date: January 29, 2018

| | |
|---|---|
| By: s/*Nick Norris* | By: *s/Steven R. Cupp* |
| Nick Norris, Esq. | Steven R. Cupp, Esq. |
| Louis H. Watson, Jr. | Jaklyn Wrigley, Esq. |
| Watson & Norris, PLLC | FISHER & PHILLIPS LLP |
| 1880 Lakeland Drive, Suite G | 2505 14th Street, Suite 300 |
| Jackson, MS 39216 | Gulfport, Mississippi 39501 |
| (601) 968-0000 – Telephone | (228) 822-1440 - Telephone |
| (601) 968-0010 -- Facsimile | (228) 822-1441 - Facsimile |
| Louis@watsonnorris.com | scupp@fisherphillips.com |
| Nick@watsonnorris.com | jwrigley@fisherphillips.com |
| *Attorneys for Plaintiff* | *Attorneys For Defendant* |

FPDOCS 33707289.1