IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARTHA CHAMBERS**             **PLAINTIFF**

**V.**             **NO. 1:17CV157-M-S**

**WAL-MART STORES EAST, LP**             **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

The court has been advised by counsel that pursuant to a [9] Joint Stipulation of Dismissal with Prejudice the parties hereby stipulate and agree that said action has been fully and finally settled and shall be dismissed with prejudice.

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

This the 6th day of February, 2018.

            /s/ Michael P. Mills
            **UNITED STATES DISTRICT JUDGE**
            **NORTHERN DISTRICT OF MISSISSIPPI**